# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Julius Randolph Blaine Johnson,  Civil No. 04-4825 (DWF/JSM)

      Petitioner,

v.  **ORDER**

Warden Carol Holinka,

      Respondent.

___

Julius Randolph Blaine Johnson, *Pro Se*, #06106-041, Petitioner.

Joseph T. Walbran, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

___

This matter is before the Court upon Petitioner's objections to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated May 19, 2005, recommending that: (1) Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied; and (2) this action be dismissed with prejudice.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.	Petitioner Julius Randolph Blaine Johnson's objections (Doc. No. 10) to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated May 19, 2005, are **DENIED**.

2.	Magistrate Judge Janie S. Mayeron's Report and Recommendation dated May 19, 2005 (Doc. No. 9), is **ADOPTED**.

3.	Petitioner Julius Randolph Blaine Johnson's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

4.	This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  June 8, 2005			s/Donovan W. Frank
					DONOVAN W. FRANK
					Judge of United States District Court